PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ZACHARY BERKOFF-CANE, WSBN 47988
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (410) 966-1542
    E-Mail: zachary.berkoff@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA MARIE KESSLER,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-01416-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from November 17, 2023, up to and including December 18, 2023. This is the Defendant's first request for an extension.

    Defendant requests this extension in order to further consider the administrative record in light of the issue raised in Plaintiff's motion. Counsel for Defendant has not been dilatory.

Counsel for Defendant has another eight briefs due in the next thirty days and needs more time to review the record in this case.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 9, 2023      /s/ *Francesco Paulo Benavides**
(*as authorized via e-mail on November 9, 2023)
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff

Dated: November 9, 2023      PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:    /s/ *Zachary Berkoff-Cane*
ZACHARY BERKOFF-CANE
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

    Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including December 18, 2023, to respond to Plaintiff's Motion for Summary Judgment.

DATED: November 9, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE